UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL DOUCETTE, MICHAEL DOUCETTE, for themselves and their minor son, B.D., <br><br> Plaintiffs, <br> v. <br><br> CAROL C. JACOBS, MARGARET MAHER, CATHLEEN ESTEP, PH.D., DONNA F. STRAIGHT, TOWN OF GEORGETOWN, GEORGETOWN SCHOOL COMMITTEE, and GEORGETOWN PUBLIC SCHOOLS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 15-13193-JGD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **JUDGMENT**

DEIN, U.S.M.J.

In accordance with this Court's Memorandum of Decision and Order granting defendants' Motion for Summary Judgment dated July 12, 2022, Judgment is hereby entered for the defendants on all Counts of the Complaint.

ROBERT M. FARRELL,
CLERK OF COURT


/ s / Katherine Thomson
By:  Deputy Clerk

DATED:  August 30, 2022